**Glenn Lee SELDEN, Appellant**

v.

**Terryn H. BENNETT, State's Attorney, et al., Appellees.**

**No. 11–7065.**

United States Court of Appeals,
District of Columbia Circuit.

Feb. 27, 2012.

Glenn Lee Selden, Daytona Beach, FL, pro se.

Warden, Daytona Beach, FL, for Appellant.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 1, 2011, be affirmed. The district court did not abuse its discretion in dismissing the complaint for failure to meet the minimal pleading requirements of Fed.R.Civ.P. 8(a). *See Ciralsky v. CIA,* 355 F.3d 661, 669 (D.C.Cir.2004); *see also Ashcroft v. Iqbal,* 556 U.S. 662, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.